## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2007–2048. State ex rel. Sunoco, Inc. v. Robey.**
Franklin App. No. 06AP–361, 2007-Ohio-4859.

**2007–2189. State ex rel. Shelly Co. v. Steigerwald.**
Franklin App. No. 06AP–596, 2007-Ohio-5343.

**2007–2213. Fife v. Greene Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2006–V–783.